**SAO**
DICKINSON WRIGHT PLLC
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4400
Fax: 844-670-6009
Email: CAlexander@dickinsonwright.com

*Attorneys for Defendant*
*Circa Hospitality Group, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA SANSOM, individually, <br><br> Plaintiff, <br><br> v. <br><br> CIRCA HOSPITALITY GROUP, LLC, a domestic limited-liability company, et al, <br><br> Defendants. | Case No.: 2:26-cv-01198-JAD-DJA <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFAULT AGAINST CIRCA HOSPITALITY GROUP, LLC AND EXTEND TIME FOR CIRCA HOSPITALITY GROUP, LLC TO RESPOND TO COMPLAINT** <br><br> **FIRST REQUEST** |

Defendant Circa Hospitality Group, LLC and Plaintiff Tamara Sansom, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.    On April 20, 2026, Plaintiff filed her Complaint (ECF No. 1), and served Defendant on May 18, 2026 (ECF No. 5).

2.    On June 16, 2026, Plaintiff moved for Entry of Clerk's default (ECF No. 6), and the Clerk entered a default against Defendant on June 17, 2026 (ECF No. 7, the "Default").

3.    No default judgment has been entered, and no judgment has been sought against Defendant.

1

4.      On June 23, 2026, undersigned counsel for Defendant conferred with Plaintiff's counsel to request a stipulation to set aside the Default and to extend Defendant's deadline to respond to the Complaint.

5.      Plaintiff's counsel agreed to join in this stipulation and to a brief two-week continuance.

6.      Good cause exists to set aside the Default under Federal Rule of Civil Procedure 55(c). Defendant's failure to timely respond was not the result of culpable or willful conduct, but rather was the result of an internal systems delay: undersigned counsel did not see this complaint until learning of the Default. Undersigned counsel has now promptly appeared and prepared this joint stipulation. Defendant will be asserting one or more meritorious defenses, including lack of liability and failure to state a claim. Setting aside the Default will not prejudice Plaintiff because this action remains at an early stage, no scheduling order has issued, no trial date has been set, and the parties are amenable to potential settlement discussions.

7.      The public policy favoring resolution of disputes on their merits is best served by setting aside the Default and permitting Defendant to respond to the Complaint.

8.      Plaintiff and Defendant further stipulate and agree that Defendant's Answer to the Complaint shall be submitted within 14 days from the date of this filing.

9.      This is Defendant's first request for an extension of time to respond to the Complaint, and good cause supports the request because Defendant has retained counsel and the parties seek to minimize unnecessary motion practice.

/ / /

/ / /

10.     This stipulation is made in good faith and not for purposes of delay.

DATED this 26th day of June, 2026.


*/s/ Cynthia L. Alexander*
DICKINSON WRIGHT PLLC
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
CAlexander@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4400

*Attorneys for Defendant*
*Circa Hospitality Group, LLC*

*/s/ Danielle J. Barraza*
MAIER GUTIERREZ & ASSOCIATES
Jason R. Maier, Esq.
Nevada Bar No. 8557
Danielle J. Barraza
Nevada Bar No. 13822
djb@mgalaw.com
8816 Spanish Ridge Ave.
Las Vegas, Nevada  89148
702-629-7900

*Attorneys for Plaintiff*
*Tamara Sansom*


**ORDER**

The Court, having reviewed the Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED:

1.     The Clerk's Entry of Default against Defendant (ECF No. 7) is SET ASIDE pursuant to Federal Rule of Civil Procedure 55(c); and

2.     Defendant shall file its response to the Complaint within 14 days of the date of the filing of this joint stipulation.


IT IS SO ORDERED.



DATED: 6/29/2026 _____      _____
                                 UNITED STATES MAGISTRATE JUDGE

3